UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:14-CV-00109-JDB |
| ) | |
| U.S. IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF KAROLYN MILLER
IN SUPPORT OF THE UNITED STATES DEPARTMENT OF HOMELAND
SECURITY'S MOTION FOR SUMMARY JUDGMENT**

I.   **INTRODUCTION**

I, Karolyn Miller, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am an Information Technology ("IT") Specialist in Information Security in the Office of the Chief Information Security Officer ("OCISO") at U.S. Immigration and Customs Enforcement ("ICE"). I have held this position since January 3, 2012. Prior to this position, I was a Senior Security Consultant in the private sector working for Knowledge Consulting Group, Inc., Hewlett Packard and Electronic Data Systems, Inc. I have thirty-seven years of experience in Information Technology, the last fifteen of which have been solely in Information Security and Risk Management. I hold multiple professional security certifications including Certified Information System Security Professional ("CISSP") and Certified Accreditation Professional ("CAP") credentials (ID Number 49160) from the International Information Systems Security Certification Consortium, Inc., ["(ISC)²®"].

1

2. ICE OCISO is responsible for the overall security of the ICE technological and operational environment, including systems, user access, internal and external compliance, and security authorization of IT systems. The division oversees the entire IT Security program including: managing ICE compliance with the Federal Information Security Management Act ("FISMA") (2002); monitoring and maintaining institutional knowledge on emerging Federal security trends and threats; directing ICE's Cyber Security Program, and supporting other Office of the Chief Information Officer ("OCIO") programs and projects to ensure IT Information Security. The ICE OCISO mailing address is 801 I Street, N.W., Mailstop 5804, Washington, D.C. 20536.

3. As an Information Security IT Specialist in ICE OCISO, my official duties and responsibilities include providing oversight to security assessment and risk activities for systems in assigned program-level portfolios and providing guidance to protect the confidentiality, integrity and availability of customer, employee, and business information in compliance with organizational policies and standards.

4. I make this declaration in support of ICE's Motion for Summary Judgment in the above-captioned action. The statements contained in this declaration are based upon my personal knowledge, my review of the technical information requested by the Plaintiff, federal information security requirements and standards, and recent publically-available statistics for cyber-attacks.

5. This declaration provides an explanation of the technical information being requested in the Plaintiff's FOIA request, and a description of ICE Information System databases included in the Plaintiffs FOIA request. In addition, this declaration provides a description of how this technical information may be used to conduct a cyber-attack against ICE information systems and data, an explanation of the potential business impact of a cyber-attack on ICE's mission,

and an explanation of the basis for withholding portions of the technical information pursuant to FOIA Exemption (b)(7)(E), 5 U.S.C. § 552(b)(7)(E).

## II. FOIA REQUESTS

6. The Plaintiff's FOIA requests sought to obtain a complete set of documentation on the ICE Enforcement Integrated Database ("EID") (October 13, 2010 request) and the ICE Integrated Decision Support Database ("IIDS") (October 18, 2010 request), specifically the following IT technical documentation:

   a. A copy of the records identifying each and every database table in the EID and IIDS describing all fields of information that are stored in each of these tables. This is a formal description of the information contained in a database broken down by individual tables within the database, and documenting each field of information in a table. It should be provided in a structured, machine readable format.

   b. A copy of records identifying each code used in recording data contained in the EID and IIDS. This is a request for the content of specific auxiliary tables – often referred to as code or lookup tables – within the database itself where this information is stored. It should be provided in a structured, machine readable format.

   c. A copy of the EID's and IIDS' database schema. This is a specific class of records included in a database system that sets forth how the database tables are interlinked.

   d. Records that identify the DBMS software (e.g. Oracle, DB2, Sybase, SQL Server, etc.) including Version No. used for the EID and IIDS.

   **A true and complete copy of Plaintiff's FOIA requests is attached to this declaration as Exhibit 28.**

## III. DESCRIPTION OF DATABASE TECHNICAL INFORMATION CONTENT AND USAGE

7. The nature of the information requested by the Plaintiff involves technical descriptions of the structure, formats, definitions and software products employed by ICE to store EID and IIDS

3

information. This information is retained and managed in a *database* for each respective computer system, that is, EID and IIDS. A database is a collection of related information stored in a computer file in an organized fashion. The information, or data, is organized in such a way that it can easily be managed, updated, and searched for specific information.

8. Information within a database is organized into *database tables*. These tables are organized into rows and columns. A row is equivalent to a single record. Each record is a collection of information about a specific person or event, depending on the topic ("entity") around which the table is organized. Each piece of information ("column") within the row is referred to as a "field" or "data element."

9. Databases are created, maintained, updated and purged through use of a software program called a *database management system* ("DBMS"). This program is used by the database administrator to manage the entire database, the database tables and associated information needed by software developers who will create software programs using information stored in the database.

10. The requested "formal description of the information contained in a database broken down by individual tables within the database, and documenting each field of information in a table" and the "content of specific auxiliary tables – often referred to as code or lookup tables – within the database itself where this information is stored" are a part of the database description referred to as "metadata". The main purpose of *metadata* is to facilitate in the discovery of relevant information. Metadata helps organize electronic resources, provides digital identification, and helps support archiving and preservation of the resource. Metadata assists in resource discovery by allowing resources to be found by relevant criteria, identifying resources, bringing similar resources together, distinguishing dissimilar resources, and giving location information.

This descriptive information is useful to software developers who are creating applications that process, store or manipulate information in the database. Metadata provides specific information about the organization of the database and tables, the content of the tables (i.e., "fields"), and the translated meaning of codes (i.e., "abbreviations") used within the fields. *Codes* and *auxiliary tables* provide a means to translate abbreviations used within the database to save space and reduce the size of records. For example, a code might be the abbreviation for a state, such as "VA" for "Virginia." The auxiliary table supplements the information contained in the database by providing a translation for the code "VA". Metadata, including codes and auxiliary tables, can provide specific information that a malicious intruder can use to construct an attack targeting the data formats and data elements within the database. For example, many web applications use operating system features and external programs (for example, the database management system) to perform their functions. When a web application passes information from a web hypertext transfer protocol ("HTTP") request through as part of an external Search request, it must be carefully examined and cleaned ("scrubbed"). Otherwise, the attacker can inject special characters (for example, semi-colons or apostrophes), malicious commands, or command modifiers into the information, and the web application will blindly pass these on to the external system for execution. To exploit a SQL injection flaw, the attacker must find a parameter that the web application passes through to a database. By carefully embedding malicious SQL commands into the content of the parameter, the attacker can trick the web application into forwarding a malicious query to the database. This will result in a database error, which can allow the attacker to modify data, delete data or view data that would not ordinarily be made available, for example, usernames and passwords. Since ICE databases contain information needed to fulfill its mission, this could have a devastating effect on law enforcement operations. Missing or incorrect information resulting from SQLIA could result in failed investigations

5

or enforcement activities; disclosure of sensitive information, such as informant names, to criminal organizations could result in serious injury or loss of life.

Having foreknowledge of codes or field names within a table allows a potential intruder to use the actual code (abbreviation) or field name to construct the malicious SLQ query. This increases the likelihood that the attack will be successful because there is no guesswork involved in incorporating the real data field names or codes into the attack query string.

11. A *database schema* defines the structure of a database system, described in a formal language supported by the database management system ("DBMS"). In a database, such as EID and IIDS, the schema defines the tables, the fields in each table, and the relationships between fields and tables. It can be used as a roadmap for accessing the information contained in the database tables. This information is useful to the database administrator who is responsible for maintaining the database and the tables, and the software developers who are developing applications that process, store or manipulate information in the database. It would also be useful to an individual who is attempting to gain unauthorized access to the information in the database for the purposes of data theft, unauthorized disclosure, tampering or destruction of the database and system. Database schemas provide an exact description of the format and characteristics of each table and data field (i.e., "data element") with the database. This information can be used by a malicious intruder to construct an attack that targets the formats and characteristics of the database. The situation with schema information is similar to foreknowledge of metadata. The attacker can use actual names, formats and data characteristics (that is, data attributes) as part of the malicious query, thereby increasing the likelihood of success. Knowledge of database schema and metadata can be compared to knowing all or part of the combination to a safe. The likelihood that a thief will be able to open the safe is significantly increased with knowledge of all or part of the combination lock's number sequence. Disclosure of any database schema or any database metadata

6

information to parties interested in theft of ICE data or in corrupting or destroying ICE databases records could potentially result in failed law enforcement operations, serious injury or loss of life.

IV. **DESCRIPTION OF IT SYSTEM RECORDS RELEVANT TO THIS FOIA REQUEST**

12. The Enforcement Integrated Database ("EID") is a Department of Homeland Security (DHS) shared common database repository for all records created, updated, and accessed by a number of DHS law enforcement and homeland security software applications, collectively referred to as ENFORCE applications. EID captures and maintains information related to the investigation, arrest, booking, detention, and removal of persons encountered during immigration and criminal law enforcement investigations and operations conducted by U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS), all components within DHS. Specifically, the personally identifiable information (PII) maintained in EID consists of biographical descriptive, biometric, and encounter-related data about subjects and includes name(s), aliases, date of birth, telephone numbers, addresses, nationality, citizenship, Alien Registration Number (A-Number), Social Security Number, passport number, visa information, employment history, educational history, immigration history, and the entire criminal history of all aliens arrested for violations of administrative violations of the Immigration and Nationality Act (INA).

Users of EID can print reports, notices, and other documents containing EID data, which are used for criminal and administrative law enforcement purposes and typically are retained in criminal investigative files, detention files, and Alien Files (A-files). Immigration related forms generated by the system are also sent to courts and other agencies to support the advancement and adjudication of DHS and Department of Justice immigration cases before

U.S. immigration courts. Forms and data may also be provided to the criminal courts of the United States.

13. The ICE Integrated Decision Support ("IIDS") System is a subset of the EID database repository utilized regularly by the ICE Enforcement and Removal Operations ("ERO") Statistical Tracking Unit ("STU"). IIDS provides a continuously updated snapshot of selected EID data. The intended purpose of this database repository subset is to support the DHS requirements to query EID data for operational or executive reporting purposes and is typically used to generate management reports and statistics from EID data. IIDS is queried in lieu of EID in order to protect the integrity of the live data held in the EID operational environment and to prevent the performance of EID and the ENFORCE applications from being diminished. Access to IIDS is read-only, so that no data values are changed by users that query them. Specifically, IIDS contains biographic information, information about encounters between agents/officers and subjects, and apprehension and detention information about all persons in EID.

## V. DESCRIPTION OF FEDERAL REQUIREMENTS TO SECURE SENSITIVE INFORMATION AND ICE CATEGORIZATION OF GOVERNMENT RESOURCES MANAGEMENT INFORMATION

14. The E-Government Act (P.L. 107-347) recognized the importance of information security to the economic and national security interests of the United States. Title III of the E-Government Act, entitled the Federal Information Security Management Act ("FISMA"), requires all information within the federal government (other than that information that has been determined pursuant to Executive Order 12958, as amended by Executive Order 13292, or any predecessor order, or by the Atomic Energy Act of 1954, as amended) to be protected against unauthorized disclosure. Following requirements from Federal Processing Standards Publication ("FIPS PUB") 200, *Minimum Security Requirements for Federal Information and Information Systems*, and National Institute of Standards and Technology ("NIST") Special

Publication 800-53, Revision 4, *Security and Privacy Controls for Federal Information Systems and Organizations*, ICE categorizes all services delivery support, government resources management and mission-based information and information systems according to guidance from the Department of Homeland Security and FIPS PUB 199, *Standards for Security Categorization of Federal Information and Information Systems*. The categorization of the information and information system dictates the requirements for access to the information based on the principle of least privilege. Least privilege or need-to-know allows only authorized accesses for users (or processes acting on behalf of users) which are necessary to accomplish assigned tasks in accordance with organizational missions and business functions. Considering that the information within EID and IIDS is related to law enforcement investigative activities and personnel, ICE categorizes information which can be used to directly compromise these systems, such as database schemas, table and code definitions and software versions, as having the potential for high impact to the mission, that is, the loss of confidentiality, integrity, or availability could be expected to have a severe or catastrophic adverse effect on organizational operations, organizational assets, or individuals. A severe or catastrophic adverse effect means that, for example, the loss of confidentiality, integrity, or availability might: (i) cause a severe degradation in or loss of mission capability to an extent and duration that ICE would not able to perform one or more of its primary functions; (ii) result in major damage to ICE assets; (iii) result in major financial loss; or (iv) result in severe or catastrophic harm to individuals involving loss of life or serious life threatening injuries.

VI. **DESCRIPTION OF THE CYBER-ATTACK SCENARIO AND POTENTIAL BUSINESS IMPACT ON THE ICE MISSION**

15. The most basic kind of data security breach is unauthorized data access; that is, someone obtains data that they are not authorized to see. This can range from seeing a single record of

a database table to obtaining a copy of an entire table or even an entire database. A variety of different people can be involved in the data theft, including a company's own employees, a trading partner's employees, or complete outsiders. Unauthorized access is frequently the first step in the progression of a malicious attack, which can escalate into data or software program modification, corruption or erasure of data, insertion of computer viruses that are designed to corrupt data, to scramble system and disk directories that locate files and database tables, to wipe out entire disks or to copy themselves so many times that the sheer number of copies clogs computers and data communications lines.

16. The most prevalent type of web attack, according to the Open Web Application Security Project ("OWASP") is the injection attack, which includes SQL injection. SQL, or Structured Query Language, is a commonly used programming language for creating reports and manipulating the data and records within a database. The SQL injection attack ("SQLIA") is a technique used by malicious intruders or "hacktivists" to exploit web sites by changing the intended effect of an SQL query by inserting new SQL keywords or operators into the query. Basically, the attacker inserts or "injects" SQL instructions in a web application Search field to cause the program to malfunction. The program's error allows the attacker to then access otherwise restricted parts of the database to view or steal information, especially sensitive information, such as usernames and passwords ("credentials"), that will allow the attacker to not only access the full database, but can also potentially allow access to other parts of the IT system, such as the computing device ("server") or the network, by using the stolen credentials.

17. SQLIAs are the most prevalent type of web attack because they are effective, fast, easy, and can quickly provide the hacktivist with valuable information. An examination of the Web Application Security Consortium's Web-Hacking-Incident-Database shows that in the past

year alone there have been hundreds of successful injection attacks that have stolen or tampered with information from government agencies and private sector companies.

18. In addition to the attack vector or mechanism for delivering the attack, in this case *injection through user input*, SQLIAs can be characterized by the goal or intent of the attacker. The three attack goals that are most pertinent to this FOIA request are:

- *Identifying injectable parameters:* The attacker wants to probe a Web application to discover which parameters and user-input fields are vulnerable to SQLIA.

- *Performing database finger-printing:* The attacker wants to discover the type and version of database that a Web application is using. Certain types of databases respond differently to different queries and attacks, and this information can be used to "fingerprint" the database. Knowing the type and version of the database used by a Web application allows an attacker to craft database specific attacks. Additionally, it allows the attacker to access the NIST-maintained National Vulnerability Database and identify other types of non-SQLIA attack vectors that may potentially be used against these databases and systems.

- *Determining database schema:* To correctly extract data from a database, the attacker often needs to know database schema information, such as table names, column names, and column data types. Attacks with this intent are created to collect or infer this kind of information.[1]

19. Should ICE be required to provide the technical information specified in the Plaintiff's FOIA request, specifically the database schema, tables, codes, code values, and database version, ICE will have disclosed the exact information that an SQLIA attacker needs to penetrate the

---

[1] W. G. J. Halfond, J. Viegas, and A. Orzo, A Classification of SQL Injection Attacks and Countermeasures, College of Computing, Georgia Institute of Technology, March 2006

EID and IIDS databases and systems, and potentially the ICE network. Once the technical database information leaves ICE control, ICE will be unable to enforce need-to-know access and prevent disclosure to individuals who may have malicious intent. Based on the sensitivity of the information and the frequency and success of SQLIA occurrences, ICE maintains that the level of information security risk associated with disclosure of the technical information is high, that is, disclosure of the information has a real potential for severe or catastrophic adverse effect on ICE operations, ICE assets, individuals, and other organizations through exploitation of the technical information requested by the Plaintiff in the FOIA request.

## VII. DESCRIPTION OF ICE'S WITHOLDINGS

20. ICE is asserting FOIA Exemption (b)(7)(E) to withhold all document responsive to the FOIA requests described in paragraph 6.

21. FOIA Exemption (b)(7), 5 U.S.C. § 552(b)(7): To successfully defend the assertion of any (b)(7) exemption as a basis for withholding records and information, an agency must as a threshold matter demonstrate that the matters withheld were compiled for law enforcement purposes.

22. The information for which FOIA Exemption (b)(7) has been asserted in the instant matter satisfies this threshold requirement. ICE is the largest investigative arm of DHS, and is responsible, among other duties, for identifying and eliminating vulnerabilities within the nation's borders. ICE is tasked with preventing any activities that threaten national security and public safety by investigating the people, money, and materials that support illegal enterprises. Plaintiffs' requests sought records from ICE databases that contain information related law enforcement investigations into civil and criminal immigration

violations. Therefore, the records responsive to Plaintiffs' FOIA request were compiled for law enforcement purposes and meet the threshold requirement of FOIA Exemption (b)(7).

23. FOIA Exemption (b)(7)(E), 5 U.S.C. § 552(b)(7)(E): This exemption allows the withholding of information compiled for law enforcement purposes to the extent that the production of such information would disclose techniques, procedures, and guidelines for law enforcement investigations or prosecutions to the extent that such disclosure could reasonably be expected to risk circumvention of the law. ICE employed certain law enforcement techniques and methods designed to obtain information in furtherance of its enforcement of the nation's immigration and customs laws, and ICE law enforcement officers use the databases and systems that are the subjects of Plaintiffs' FOIA requests to maintain that information and carry out those duties.

24. ICE applied FOIA Exemption (b)(7)(E) to protect from disclosure law enforcement sensitive database information, including information relating to how ICE's systems interact with other law enforcement systems, along with information relating to where information relating to the threat levels of aliens encountered, arrested, or detained by ICE are stored within the databases or their modules.

25. The disclosure of this law enforcement database information could expose ICE's sensitive law enforcement data systems to outside entities, and allow individuals, companies, or foreign governments to gain unauthorized access to the contents of those systems, to include law enforcement sensitive investigatory data, and sensitive personally identifiable information on the aliens and the users of those systems.

## VI. JURAT CLAUSE

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this ___8th___ of October 2014.

_____
Karolyn Miller, IT Specialist (Information Security)
Office of the Chief Information Security Officer
Office of the Chief Information Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
801 I Street, N.W., Mailstop 5804
Washington, DC 20536