**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN B. LONG, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, *et al.* )<br>)<br>Defendants. )<br>) | Civil No. 1:14-cv-109 (APM) |

## NOTICE OF SUPPLEMENTAL EVIDENCE

Defendant, Immigration and Customs Enforcement and Defendant, Customs and Border Protection (collectively "Defendants"), pursuant to the Court's December 14, 2015 Order, hereby submits the following supplemental evidence in support of Defendants' Motion for Summary Judgment. The January 13, 2016 Supplemental Declaration of Fernando Pineiro, attached hereto as Exhibit 1; the February 2, 2016 Supplemental Declaration of Jeff Wilson, attached hereto as Exhibit 2; and the January 14, 2016 Declaration of J. Thomas Foster.

\* \* \*

Dated: February 2, 2016
       Washington, DC

                     Respectfully Submitted,

                     CHANNING D. PHILLIPS, D.C. Bar #415793
                     United States Attorney
                     for the District of Columbia

                     DANIEL F. VAN HORN, D.C. Bar #924092
                     Civil Chief

                     By: */s/ Carl E. Ross*
                     CARL EZEKIEL ROSS, D.C. Bar #492441
                     Assistant United States Attorney
                     Civil Division
                     555 4th Street, N.W.
                     Washington, D.C. 20530
                     Tel: (202) 252-2533
                     Fax: (202) 252-2505