## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, *et al.* )<br><br>Defendants. ) | Civil No. 1:14-cv-109 (APM) |

### JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE

Pursuant to the Court's January 20, 2016 Order, Plaintiffs, Susan Long and David Burnham ("Plaintiffs") and Defendants, Immigration and Customs Enforcement and Customs and Border Protection ("Defendants") (collectively the "Parties"), respectfully request that the Court enter a supplemental briefing schedule for the above captioned matter.  Good cause exists to grant this motion.  On February 2, 2016, Defendants submitted supplemental evidence, in the form of three Declarations, in support of their Motion for Summary Judgment.  Plaintiffs now wish to challenge Defendants' supplemental evidence.  Accordingly, Defendants seek to file a supplemental memorandum explaining how the supplemental evidence submitted now entitles them to summary judgment with respect to the remaining issues before the Court, and Plaintiffs wish to file a supplemental memorandum and supporting materials opposing the Defendants' evidence and arguments.

The parties, therefore, request the following schedule:

1) Defendants will file their supplemental memorandum on or before March 18, 2016;

2) Plaintiffs will file their supplemental memorandum and any supporting materials on or before April 18, 2016; and

3) Defendants shall file any reply on or before May 9, 2016.

A proposed Order accompanies this Motion.


Dated: February 17, 2016
       Washington, DC

Respectfully submitted,

_/s/ Scott L. Nelson_____             CHANNING D. PHILLIPS, D.C. Bar #415793
Scott L. Nelson (D.C. Bar No. 413548)      United States Attorney
Public Citizen Litigation Group            for the District of Columbia
1600 20th Street NW
Washington, DC 20009
Tel: (202) 588-1000                   DANIEL F. VAN HORN, D.C. Bar #924092
Fax: (202) 588-7795                  Civil Chief

*Attorneys for Plaintiffs*                 By: _/s/ Carl E. Ross_____ __
                                          CARL EZEKIEL ROSS, D.C. Bar #492441
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          Tel:  (202) 252-2533
                                          Fax:  (202) 252-2505

                                          *Attorneys for Defendants*