# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT and CUSTOMS AND ) <br> BORDER PROTECTION, ) <br> ) <br> Defendants. ) | Civil Action No. 14-109 (APM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Melanie D. Hendry and remove the appearance of Assistant United States Attorney Carl Ross as counsel for Defendants in the above-captioned case.

Respectfully submitted,

/s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov