**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SUSAN B. LONG, *et. al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-109 (APM) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STATUS REPORT**

As directed in the Court's Minute Order dated March 27, 2017, the parties submit this Joint Status Report addressing the possibility of mediation.

Counsel for both parties have discussed mediation with their clients and with each other. As a result of those discussions, the parties have agreed that further exploration of a potential negotiated resolution, including the possibility of mediation, is desirable, but they are not yet prepared to commit to mediation. They propose instead that, for a four-week period, the parties continue to discuss possible settlement approaches and exchange more fully articulated positions on the types of substantive negotiated resolutions they might find acceptable. If, at the conclusion of that four-week period, the parties believe that there is a reasonable prospect that negotiations will be productive, they will submit another joint report to the Court proposing either a time-limited mediation or some other approach for further negotiations. If, on the other hand, the parties conclude at that time that they do not wish to engage in mediation or in some alternative negotiation process, they will submit a joint report so informing the Court.

- 2 -

The parties appreciate the Court's suggestion that they consider such a process and are committed to exploring it further with diligence and good faith, and without unduly delaying the conclusion of this case.

Dated: April 6, 2017

|  |  |
|---|---|
|  | Respectfully submitted, |
| CHANNING D. PHILLIPS, DC Bar No. 415793<br>United States Attorney | /s/ Scott L. Nelson<br>Scott L. Nelson<br>DC Bar No. 413548 |
| DANIEL F. VAN HORN, DC Bar No. 924092<br>Chief, Civil Division | PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street NW<br>Washington, DC 20009 |
| By: /s/ Melanie D. Hendry<br>Melanie D. Hendry<br>NY Bar No. 4275186<br>Assistant United States Attorney<br>555 Fourth Street NW<br>Washington, DC 20530<br>(202) 252-2510<br>melanie.hendry2@usdoj.gov | (202) 588-1000<br>snelson@citizen.org<br><br>*Counsel for Plaintiffs* |
| *Counsel for Defendants* |  |