# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, ) <br> ) <br> Plaintiffs, ) <br> ) Civil Action No. 14-109 (APM) <br> v. ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT and CUSTOMS AND ) <br> BORDER PROTECTION, ) <br> ) <br> Defendants. ) | |

## JOINT STATUS REPORT

As directed in the Court's Minute Order dated April 6, 2017, the parties submit this Joint Status Report addressing the possibility of mediation. Based on their discussions of possible settlement, the parties have concluded that there is little likelihood of a negotiated or mediated resolution of this case at this time, and they do not wish to request that the Court appoint a mediator.

Dated: May 4, 2017

Respectfully submitted,

CHANNING D. PHILLIPS, DC Bar No. 415793
United States Attorney

DANIEL F. VAN HORN, DC Bar No. 924092
Chief, Civil Division

By: /s/ Melanie D. Hendry
    Melanie D. Hendry
    Assistant United States Attorney
    555 Fourth Street NW
    Washington, DC 20530
    (202) 252-2510
    melanie.hendry2@usdoj.gov

*Counsel for Defendants*

/s/ Scott L. Nelson
Scott L. Nelson
DC Bar No. 413548
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Plaintiffs*