# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT and CUSTOMS AND ) <br> BORDER PROTECTION, ) <br> ) <br> Defendants. ) | Civil Action No. 14-109 (APM) |

## JOINT STATUS REPORT

As directed in the Court's Minute Order dated October 13, 2017, the parties submit this Joint Status Report addressing the evidentiary hearing to be held in this matter.

1. The parties respectfully request that, due to a scheduling conflict, the date for the hearing be changed to one of the following dates on which both parties and all witnesses are available: January 24-25, 2018; February 15 and 28, 2018; or February 28-March 1, 2018.

2. The parties have agreed to exchange exhibits 30 days before the hearing start date.

Dated: October 19, 2017

JESSIE K. LIU, DC Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, DC Bar No. 924092
Chief, Civil Division

By: /s/ Melanie D. Hendry
   Melanie D. Hendry
   Assistant United States Attorney
   555 Fourth Street NW
   Washington, DC 20530
   (202) 252-2510
   melanie.hendry2@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ Scott L. Nelson
Scott L. Nelson
DC Bar No. 413548
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Plaintiffs*