**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN B. LONG, *et. al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 14-cv-109 (APM) |

**PLAINTIFFS' NOTICE CONCERNING HEARING DATES**

Counsel for plaintiffs respectfully submits this notice to apprise the Court of a medical issue that may affect plaintiff Susan B. Long's ability to participate in the evidentiary hearing scheduled for January 24 and 25, 2018.

Shortly after the Court scheduled the hearing for those dates, Ms. Long began experiencing severe pain in her leg. She was initially diagnosed with a muscle strain and advised by her doctor to stay off her feet. Ms. Long followed this advice and began working from home, but by the week before Thanksgiving she was not experiencing significant improvement and was informed by her doctor that it appeared the injury and/or the forced inactivity that resulted from it had aggravated her arthritis.

Ms. Long began receiving physical therapy in her home, but continues to experience very limited mobility, significant pain, and lack of stamina resulting from several weeks of limited activity. Although undersigned counsel had been aware that Ms. Long was working from home because of an injury, he had not been aware of the extent of the problem or the degree to which Ms. Long's condition was persisting until late last week. Undersigned counsel believes, based on his discussions with Ms. Long, that she will be unable to travel to Washington, DC, and participate in the evidentiary hearing until her condition improves significantly. However, as the hearing

- 2 -

remains a little over a month away, it remains possible that Ms. Long will recover sufficiently to participate.

Ms. Long's participation in the hearing is essential, as no other witness would be able to provide the testimony on the subjects addressed in her previous declarations, on which she will elaborate at the hearing. Counsel also expects that he will need to consult with her regularly during the hearing. Accordingly, if as the hearing dates draw nearer it appears that her condition will not allow her to travel and appear in court, plaintiffs will need to move for a continuance or modification of the schedule to allow her to recover sufficiently to participate. Meanwhile, we continue to prepare for the hearing as currently scheduled.

Undersigned counsel regrets the necessity of raising this subject, as does Ms. Long. However, after apprising counsel for defendants of the situation, undersigned counsel believed it essential to alert the Court to the possibility that plaintiffs might need to seek some form of scheduling relief or accommodation early in the New Year.

Counsel will provide a further report in the first week of January unless the Court directs an alternative course of proceeding.

Dated: December 20, 2017

                                                  Respectfully submitted,

                                                  /s/ Scott L. Nelson
                                                  Scott L. Nelson
                                                  DC Bar No. 413548
                                                  PUBLIC CITIZEN LITIGATION GROUP
                                                  1600 20th Street NW
                                                  Washington, DC 20009
                                                  (202) 588-1000
                                                  snelson@citizen.org

                                                  *Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing paper was served on counsel for all parties by the Court's ECF system on December 20, 2017.

                                                            /s/ Scott L. Nelson