UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, *et. al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 14-cv-109 (APM) |

**PLAINTIFFS' SECOND NOTICE CONCERNING HEARING DATES**

On December 20, 2017, plaintiffs filed a notice informing the Court of a medical problem that might affect plaintiff Susan B. Long's ability to participate in the evidentiary hearing scheduled for January 24 and 25, 2018, and thus might necessitate the filing of a motion for a continuance or modification of the schedule. Plaintiffs committed to provide the Court with an update this week unless the Court directed otherwise.

Since the filing of that notice, Ms. Long's condition has improved to the extent that plaintiffs do not now anticipate any need to move to reschedule the hearing. Although it is of course possible that unforeseen developments may arise, plaintiffs currently expect Ms. Long to participate in the hearing as scheduled.

Dated: January 5, 2018

Respectfully submitted,

/s/ Scott L. Nelson
Scott L. Nelson
DC Bar No. 413548
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing paper was served on counsel for all parties by the Court's ECF system on January 5, 2018.

/s/ Scott L. Nelson