# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 14-109 (APM) |
| v. | ) |
| | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT and CUSTOMS AND BORDER PROTECTION, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

As directed in the Court's Minute Order dated January 16, 2018, the parties submit this Joint Status Report addressing the evidentiary hearing to be held in this matter.

1. Since the date of our last conference with the Court, Defendants' witness discussed at that time has unfortunately passed away.

2. In light of this development, Defendants intend to offer the testimony of Andrew J. Onello, Security Assessment and Penetration Testing Lead, Information Assurance Division, Office of the Chief Information Officer, Immigration and Customs Enforcement at the evidentiary hearing.

3. The parties have conferred concerning new dates to propose for the hearing. Specifically, the parties discussed availability of counsel and all witnesses during the last two weeks of April and the month of May. Plaintiffs' availability during that period is limited to the weeks of May 7 and May 28, 2018. Although the undersigned AUSA is unable to proceed the week of May 28, counsel and all witnesses are available on May 8 and May 9, 2018, with the exception of Mr. Onello. Mr. Onello, who must travel from South Carolina for the hearing, is only available on May 9, 2018. If acceptable to the Court, the parties respectfully propose that the hearing be scheduled for May 8 and May 9, 2018, with Mr. Onello to testify on May 9, 2018.

4.	Plaintiffs have agreed to the government's proposal that Mr. Onello testify on the second day of the hearing on the condition that the testimony of the Plaintiffs' witness addressing the same general topics (Paul Clark) follow that of Mr. Onello. Although Defendants do not object to Plaintiffs' proposal, in light of the fact that, due to the highly sensitive nature of the anticipated testimony of Mr. Onello, Defendants anticipate that much of his testimony will have to be taken *ex parte*. Since Mr. Clark will, necessarily, be unable to respond to those portions of Mr. Onello's testimony, Defendants do not believe any issues will arise should witnesses need to be taken out of order.

5.	Plaintiffs also propose that, in keeping with Federal Rule of Civil Procedure 26(a)(2), the Court establish a date in advance of the hearing for the disclosure of the substance of Mr. Onello's testimony in comparable detail to the previously submitted declarations disclosing the testimony of the witness he replaces and the Plaintiffs' witness, Dr. Clark.

6.	Defendants object to Plaintiffs' request for discovery pursuant to Rule 26(a)(2). As an initial matter, Defendants contend that Rule 26(a)(2) does not apply at all in this context. Further, in light of the extensive amount of motion practice in this case and the Court's order setting forth the matters to be addressed, there is no uncertainty as to what issues will be addressed during the evidentiary hearing and what the parties' positions are with respect to them. Defendants further note that a reasonable alternative to the evidentiary hearing which would both obviate Plaintiffs' concerns about the order of testimony and further disclosure concerning the substance of the expected testimony and address the logistical issues expected to result from the

need for significant amounts of testimony to be taken *ex parte* is for the Court to conduct an *in camera* review of the documents at issue.  Plaintiffs, however, do not agree that this suggestion would obviate their concerns or be adequate to resolve the triable issues of fact found by the Court in its latest summary judgment ruling.

| | |
|---|---|
| Dated: February 15, 2018 | Respectfully submitted, |

JESSIE K. LIU, DC Bar No. 472845  
United States Attorney

DANIEL F. VAN HORN, DC Bar No. 924092  
Chief, Civil Division

By: /s/ Melanie D. Hendry  
    Melanie D. Hendry  
    Assistant United States Attorney  
    555 Fourth Street NW  
    Washington, DC 20530  
    (202) 252-2510  
    melanie.hendry2@usdoj.gov

*Counsel for Defendants*

/s/ Scott L. Nelson  
Scott L. Nelson  
DC Bar No. 413548  
PUBLIC CITIZEN LITIGATION GROUP  
1600 20th Street NW  
Washington, DC 20009  
(202) 588-1000  
snelson@citizen.org

*Counsel for Plaintiffs*