# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT and CUSTOMS AND ) <br> BORDER PROTECTION, ) <br> ) <br> Defendants. ) | Civil Action No. 14-109 (APM) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for Defendants in the above-captioned case.

Dated:   May 7, 2018.

Respectfully submitted,

 /s/ *Jane M. Lyons*
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 Fourth Street, N.W. – Room E4816
Washington, D.C. 20530
(202) 252-2540
jane.lyons@usdoj.gov