SUSAN B. LONG et al
v.
IMMIGRATION AND CUSTOMS ENFORCEMENT et al

CIVIL NO: 14-109 (APM)

Plaintiff [X]
Defendant [ ]
Joint [ ]

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| AA | Data Dictionary | 5/8/18 | 5/8/18 | Smith |
| DDD | Data Management Plan | 5/8/18 | 5/8/18 | Smith |
| BB | Spreadsheet: Code Table | 5/8/18 | 5/8/18 | Smith |
| KKK | FOIA Request | 5/8/18 | 5/8/18 | Smith |
| DD | Spreadsheet: County_cds | 5/8/18 | 5/8/18 | Smith |
| II | Spreadsheet: TRAC ERO | 5/8/18 | 5/8/18 | Smith |
| V | Data Dictionary | 5/8/18 | 5/8/18 | Smith |
| J | Table in Response to ICE Lawsuit | 5/8/18 | 5/8/18 | Long |
| K | Response to FOIA Request - 1/2014 | 5/8/18 | 5/8/18 | Long |
| L | FOIA #14-4344 - Mar 2014 | 5/8/18 | 5/8/18 | Long |
| M | U.S. Border Patrol Nationwide Apprehensions 2/1/13 - 2/28/13 | 5/8/18 | 5/8/18 | Long |
| P | Notes on Detainer | 5/8/18 | 5/8/18 | Long |
| Q | FOIA #15-2144 Abbreviations & Codes | 5/8/18 | 5/8/18 | Long |
| HH | Letter dated 3/13/2017 | 5/8/18 | 5/8/18 | Long |
| XX | Declaration (11/5/17) | 5/9/18 | 5/8/18 | Long |
| YY | Spreadsheet | 5/9/18 | 5/8/18 | Long |

1.

| | | | | |
|---|---|---|---|---|
| SUSAN B. LONG et al | | | CIVIL NO: 14-109 (APM) | |
| v. | | | Plaintiff  X | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT et al | | | Defendant | |
| | | | Joint | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| KK | Sept through Nov of 2017 | 5/9/18 | 5/9/18 | Long |
| MM | Spreadsheets | 5/9/18 | 5/9/18 | Long |
| OO | | 5/9/18 | 5/9/18 | Long |
| QQ | | 5/9/18 | 5/9/18 | Long |
| SS | | 5/9/18 | 5/9/18 | Long |
| UU | | 5/9/18 | 5/9/18 | Long |
| WW | | 5/9/18 | 5/9/18 | Long |
| JJ | ↓             ↓ | 5/9/18 | 5/9/18 | Long |
| LL | Transmittal Letters | 5/9/18 | 5/9/18 | Long |
| NN | Sept through Nov of 2017 | 5/9/18 | 5/9/18 | Long |
| PP | | 5/9/18 | 5/9/18 | Long |
| RR | | 5/9/18 | 5/9/18 | Long |
| TT | | 5/9/18 | 5/9/18 | Long |
| VV | ↓ | 5/9/18 | 5/9/18 | Long |
| ZZ | Spreadsheet (NY Case) | 5/9/18 | 5/9/18 | Long |
| GGG | "General Notes" - Attachment B | 5/9/18 | 5/9/18 | Long |

| | | | | |
|---|---|---|---|---|
| SUSAN B. LONG et al | | | CIVIL NO: 14-109 (APM) | |
| v. | | | Plaintiff ☒ | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT et al | | | Defendant ☐ | |
| | | | Joint ☐ | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| HHH | Deposition Transcript (2/1/13) | 5/9/18 | 5/9/18 | Long |
| III | FOIA Request (4/14/2017) | 5/9/18 | 5/9/18 | Long |
| JJJ | Appeal (3/29/18) | 5/9/18 | 5/9/18 | Long |
| MMM | Response to Administrative Appeal | 5/9/18 | 5/9/18 | Long |
| NNN | Paul Clark's Resume | 5/9/18 | 5/9/18 | Clark |
| OOO | TIC Reference Architecture Document | 5/9/18 | 5/9/18 | Clark |