**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, | ) |
| Plaintiffs, | ) ) ) Civil Action No. 14-109 (APM) |
| v. | ) ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT and CUSTOMS AND BORDER PROTECTION, | ) ) ) ) |
| Defendants. | ) ) |

**STATUS REPORT**

Defendants submit this status report pursuant to the Court's May 10, 2018 Order. Defendants respectfully submit herewith the resume of Tadgh A. Smith, Deputy Assistant Director, Enforcement and Removal Operations (ERO), Law Enforcement Systems and Analysis Division, Immigration and Customs Enforcement as requested by the Court during the evidentiary hearing and advise the Court that they do not wish to present any further supplemental evidence.

Dated: May 16, 2018

                                        Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar # 472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar # 924092
                                        Chief, Civil Division

By:  */s/ Melanie D. Hendry*
                                        Melanie D. Hendry
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2510
                                        melanie.hendry2@usdoj.gov