# TADGH A. SMITH

500 12th Street, SW                                                                            tadgh.a.smith@ice.dhs.gov
Washington, DC 20536-5206                                                                      Work: (202) 732-3917
**Top Secret Clearance**

---

**PROFESSIONAL PROFILE:** Cross-functional and cross-organizational team leader with rich, broad-based knowledge and proven record of substantive accomplishments within industry and the federal government. Successfully created and delivered innovative, client-centric, and cost-effective IT programs across the nation, uniting thousands of disparate offices and agencies. Applies industry best practices to Project and Program Management, the Systems Development Life Cycle, IT Operations Management, and Federal Acquisitions. Committed to aligning technology with business strategy to ensure operational excellence across agencies.  Strong strategic sense with ability to balance short-term risks and priorities against long-term organizational goals and objectives. Develops directives and congressional and executive level policy changes for IT directly impacting multi-million dollar resource requirements.

Recognized for leadership, technical expertise and operational excellence including being named Federal Computer Week Top 100 in IT in 2010, and recipient of the 2010 FBI/Criminal Justice Information Service (CJIS) Assistant Director's Award for Excellence, and the Armed Forces Communications and Electronics Association (AFCEA) 2010 Government-wide Excellence Award.

**PROFESSIONAL EXPERIENCE:**

*Department of Homeland Security, Immigration and Customs Enforcement*
*Washington, DC (07/22/2007 – Present*)

**Deputy Assistant Director**                                                                  02/2011 – Present
**Enforcement and Removal Operations (ERO), Law Enforcement Systems**
**and Analysis Division**

**Business Transformation Branch Chief**                                                       11/2008 – 02/2011
**Office of the Assistant Secretary, Secure Communities Program**

The Secure Communities Program is a transformative information-sharing initiative designed to promote public safety and enhance national security by prioritizing the identification and removal of convicted criminal aliens across America. Lead the strategic development and execution for the nationwide deployment of a technology that connects the immigration and criminal biometric (fingerprint) databases and enterprise governance, standards and processes to integrate ICEs vision and objectives into a synergistic portfolio of programs and projects across the law enforcement communities throughout the United States. Direct a team of professionals in analyzing existing mission-oriented programs and generating and applying new hypotheses and concepts to improve effectiveness and efficiency in identifying, arresting, processing, detaining, and removing violent criminal aliens from the U.S. Oversee the implementation of these concepts into concrete initiatives through technology and process improvements across the organization to streamline the criminal alien removal process.

Promoted to Deputy Assistant Director, 02/2011, of the newly formed Law Enforcement Systems Analysis (LESA) Division, with full program leadership and oversight for 300 personnel and 50 contractors in five states. Supervise seven subordinate supervisors (GS-15s); administer a $200M annual budget; and report to Congress quarterly for the $2B budget. Develop and defend budget estimates and decide where money is delegated to the various units. Represent ERO concerning all IT matters

internally and externally. Oversee the acquisition and support of IT hardware and software, and contractor resources. Manage the modernization of IT systems to further streamline agency operations.

**Key Leadership Initiatives**
- Oversee full implementation and continued expansion of the FBI's Integrated Automated Identification Fingerprint System (IAFIS) and the Department of Homeland Security's Automated Biometric Identification System (IDENT) Interoperability Initiative, a multi-agency working group formed in 2007 to design and implement systems to allow FBI and DHS to share biometric data. Direct the Secure Communities Program Management Office with a core initiative of promoting the interoperability of the FBI (IAFIS) and the Department of Homeland Security (IDENT), melding the two cultures. To make these systems interoperable and available to local law enforcement throughout the United States, I led a collaborative effort, and formed an interagency Steering Committee at the federal level; and engaged with other committees and working groups crossing all levels of government including federal, state, and local. Throughout FY 09-13, I led the Secure Communities program to activate the biometric information sharing capability nationwide. Throughout this deployment, I coordinated intensively with a myriad of partners at all levels of government to ensure the technology worked and interfaced correctly with ICE and partners at the FBI and the United States Visitor and Immigrant Status Indicator Technology (US-VISIT) Program.
- Created and guided full development and implementation of the Secure Communities (SC) Interoperability program, a strategy within ICE to leverage the biometric technology for more efficient and effective use of resources. I oversee the development of new technologies, better operational processes, and manage the investments in human capital and infrastructure to achieve program goals.
- Set the vision, designed the plan, and led the complete organizational transformation from the Secure Communities program to the Law Enforcement Systems & Analysis Division (LESA), inheriting all the IT and data management units under my umbrella, evolving the organization and forming a stable, united Division with a one-voice mission. Starting with a reorganization of ICE that began in 2010, I led the formation and organization of LESA.. We are now recognized by ICE leadership as the "go-to team."
- To mature the organization, I spearheaded an initiative to recruit diverse staff and design a multi-year staffing plan to accommodate the modernization process and new workload. I re-engineered the organizational chart, redefining series and grades, including making career paths/promotion opportunities, redistributing vacant positions, and reassigning ineffective managers. I shepherded this initiative and worked with mission support and human capital, traded personnel with other divisions, and launched a recruitment campaign to attract specific talent and qualified staff to join this team, phasing out contract support as new government hires entered on duty.

**Sr. IT Specialist** 06/2008 – 11/2008
**Office of the Assistant Secretary, Secure Communities Program**
**Management Office, OCIO Representative**

**IT Specialist** 07/2007 – 06/2008
**Office of the Chief Information Officer, System Development Division (SDD),**
**Investigations Branch**

The Systems Development Division Office is under the Office of the Chief information Officer (OCIO), Immigration and Customs Enforcement (ICE), and develops new and maintains existing ICE IT

applications. Leadership oversight for IT Project Management. Secured client requirements and led development of state-of-the-art, cutting edge IT systems to meet ICE's mission. Worked closely with IT staff, program component executives, and operational/business customers to determine, develop, implement, and support the information management aspects of critical projects to support law enforcement clients and agencies, in response to requirements identified by information systems users.

**Key Leadership Accomplishments**
- ICE IT Program Manager for the development of the IDENT/IAFIS Interoperability Initiative; a program started in 2007, and that I guided to fruition to present. Leadership oversight for this continuing and evolving change initiative for the ICE, DHS, FBI, and law enforcement communities. Reviewed strategic plans to ensure the IT program was integrated with ICE strategic goals; defended ICE positions on critical IT policy issues; and developed plans to overcome the technical, cultural and administrative barriers to store, access and retrieve data.
- ICE IT Program Manager for ICE-ACCESS. An overarching program of programs, contributed to a major modernization effort to transform the ICE business operation and enhance its support for the DHS mission. Leadership scope extended across a wide range of IT initiatives and management activities that reached to major components of DHS, the FBI and the law enforcement community. Overarching leadership for project planning and execution, capital planning, investment control, workforce planning, policy and standards development, resource management, knowledge management, architecture and infrastructure planning.
- North Carolina Executive Steering Committee. Built support for the idea of adding NC to the current Interoperability pilot by analyzing the pros and cons of this idea and clearly elucidating these options for the key internal and external stakeholders of this committee; the idea was successfully adopted. Steering committee members included a multi-disciplined team of ICE government employees, NC Law Enforcement, and Senator Elizabeth Dole's staff to plan and carry out difficult, complex, parallel assignments and develop new methods, approaches, and procedures that meet current and future requirements of the law enforcement community.

**Product Assurance Division Chief (Supervisory IT Specialist/GS-2210-14)**     11/2006 – 07/2007
**Office of the Chief Information Officer, Office of Enterprise Information**
**Services (OEIS),** Department of the Treasury, U.S. Mint, Washington, DC

OEIS managed and maintained the US Mint's Enterprise Resource Planning (ERP) systems, and all integrated resource systems supporting the United States Mint's business functions, including finance, materials management, supply chain planning, manufacturing, sales and marketing, and e-business and web applications. Supervised division and contractor employees. Standardized document and knowledge management policies and procedures to promote consistency and accountability.

Oversight for procurement and contracting; quality assurance, testing, evaluation, integration, implementation, operations, and compliance of IT systems. Analyzed and evaluated the effectiveness of large scale IT projects and operations; defined processes and recommended methods to optimize organizational operations. Supervised Contracting Officer's Technical Representatives (COTR) for annual services and software in excess of $8 million.

*Key Leadership Accomplishments*
- Led design of a system and reporting tool using earned value management techniques to report monthly financial status of each major services contract. Report features included monthly cumulative burn rates, cost and schedule variance detail, and latest revised estimates broken down by major contract objectives. This tool was adopted by other federal agencies.

- Guided the closeout investigation of a performance-based services contract cancelled prematurely for poor performance, prior to my employment. Presented findings report to senior management. Resulted in agreement to pay vendor less than 50% of invoiced amount.

**Senior Consultant, International Business Machines (IBM)**                              11/2003 – 09/2006
Public Sector, Business Consulting Services, Fairfax, VA

As IBM's lead for the competition and pricing strategy for the upcoming Alliant business development opportunity, developed partnering and technical approaches to win new IT business opportunities. Served as an authority on emerging information technologies, eGovernment initiatives, and IBM technical solutions.  Led and ensured the performance and delivery of high profile IT programs with national scope and impact.

**Key Leadership Accomplishments**
- Competition and pricing strategist for IBM's bid for the Alliant Government Wide Acquisition Contract (GWAC). Regarded as the premier next generation GWAC for GSA, this broad, 10-year, multiple-award, indefinite Delivery/ Indefinite Quantity (MAIDIQ) contract for IT solutions for federal departments and agencies was due for award in FY07 and represented a $50 billion opportunity. IBM was an Alliant awardee in 2007.
- IT Subject Matter Expert for expansion of IBM's Trusted Foundry contract. Developed recommendations for personnel, facilities, and procedural changes to conduct chip design processes in a classified (TS) environment. Drafted the program's security classification guide.

**Assistant Vice President**        06/2000 – 11/2003
**Science Applications International Corporation (SAIC)**
Secure Business Solutions (SBS) Group, Reston, VA

Directed business development and service delivery for high-profile federal IT contracts, particularly for the General Services Administration (GSA) and the multiple federal agencies forming GSA's customer base. Program Manager for a portfolio of state-of-the-art application development contracts with the GSA totaling to $72 million. Led the full life-cycle from business capture to contract deliverables. Directed and evaluated performance for 80 IT professionals. Key advisor to senior executive management for Division operations and business strategy.  Represented SAIC at executive meetings.

**Key Leadership Initiatives**
- Led the design and implementation of a centralized, multi-agency, on-line repository of federal telephone listings (US Blue Pages), a 10-year, multi-agency effort valued at $34 million. This effort included delivery of the Blue Pages Electronic Publishing Tool, which provides automated export data to the telephone book publishers serving 70% of households across the nation. Directed preparation for the security Certification & Accreditation (C&A) of the GSA IT Infrastructure.
- Program Manager for the .gov Domain Name Service (DNS) project, a 10-year, $22 million effort to develop the technical architecture needed to manage the ".gov" DNS registry for the federal government. Recommended and implemented a cost-savings strategy.

*Earlier Employment*
- **Director of Systems, Georgetown University,** The National Center for Education in Maternal and Child Health (NCEMCH), Washington, DC (1999 – 2000)
- **Network Systems Administrator, Pleasant Company,** Middleton, WI  (1991 – 1996)

**EDUCATION & PROFESSIONAL DEVELOPMENT:**
- BS, Psychology, University of Wisconsin, Madison, WI, 1988
- Change Management Advanced Practitioner Certification, Georgetown University, 2011
- ICE Fellows program, Johns Hopkins, 2010
- Certified Information Systems Security Professional (CISSP), 2006

**AWARDS:**
- Federal 100 Award, 2010
- FBI/Criminal Justice Information Service (CJIS) Assistant Director's Award for Excellence, 2010
- Bethesda Chapter, Armed Forces Communications and Electronics Association (AFCEA), 2010 Government-wide Excellence Award