UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG and DAVID BURNHAM, <br>              Plaintiffs, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT and CUSTOMS AND BORDER PROTECTION, <br>              Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 14-109 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S RESPONSE TO ORDER OF THE COURT**

Pursuant to the Court's Order on June 2, 2020, ICE provides the attached Segregability Analysis to the Court (attached here as **Exhibit A** hereto). The universe of documents was defined on August 12, 2014, when ICE provided a Supplemental *Vaughn* Index to Plaintiff (ECF No. 13-1, attached as **Exhibit B** hereto). As Ordered, ICE examined the records listed in the Supplemental *Vaughn* index to identify any "codes, code translations, field names, and table names" (metadata) that can reasonably be segregated from otherwise properly exempt materials (excluding database schema).

ICE then added columns to the Supplemental *Vaughn* Index to record its observations for each record, including:

(a) whether the records in that category were likely responsive to the Order;
(b) whether the records in that category were reasonably segregable (machine-readable);[1]

---

[1] Some records exist in a non-machine-readable format, and cannot be segregated. ICE defines "non-machine-readable" format as a document file type that ICE is not able to open, and thus ICE FOIA employees would not be able to open and review the record to segregate and add redactions. These files types include: mime, erwn, ansi, mpp, vsd, and wmf.

(c) the estimated page count of the records;
(d) an approximation of total hours required to segregate & redact the records per category. See Declaration of Patricia deCastro, PhD (attached as **Exhibit C** hereto) (explaining approximation of hours needed).

After conducting the segregability analysis, the approximate total number of pages which ICE believes (1) are potentially responsive to the Order; (2) contain machine-readable data; and (3) may contain segregable metadata, is 79,488 pages (from 2,651 documents).

At a recommended processing rate of 100 pages per month, ICE estimates a complete segregation of all documents would take 79,488 pages / 100 = 795 months to complete.   *Id.* Exhibit C.

Dated: July 2, 2020   Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar No. 924092
Chief, Civil Division

By: */s/ John Moustakas*
John Moustakas, D.C. Bar# 442076
Assistant United States Attorney
555 Fourth Street NW
Washington, DC 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendants*