UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Civil Action No. 14-0109 (APM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian P. Hudak, Acting Chief, Civil Division, as counsel for Defendants in the above-captioned action.

Dated: August 18, 2021
      Washington, DC

Respectfully submitted,

    /s/
BRIAN P. HUDAK
Acting Chief, Civil Division
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549
brian.hudak@usdoj.gov