UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 14-0109 (APM) |

## NOTICE OF FILING

By and through its undersigned counsel, Immigration and Customs Enforcement ("ICE"), a component of the Department of Homeland Security, respectfully submits this notice of filing in this Freedom of Information Act ("FOIA") matter. As indicated at the Court's status conference of August 4, 2021, government counsel have been working with ICE and its counsel to conduct a segregability re-review of the identified "data dictionaries" for the databases known as EID and IIDS using the parameters described in the Court's June 2, 2020, memorandum opinion and order (ECF No. 64).

Consistent with its plan expressed at that conference, ICE has completed its re-review of the first 200 rows of each data dictionary. Enclosed herewith as Exhibits A and B are the results of that review for EID and IIDS, respectively. Redactions indicated in the enclosed exhibits reflect withholdings of information protected by FOIA Exemption 7(E) and consist solely of "linkage" information (e.g., the names, descriptions, and data types of the primary and foreign

keys—the fields used to link the various tables in the databases to each other). The Court ruled this information was protected from release under FOIA.[1]

Dated: August 18, 2021
      Washington, DC

                                    Respectfully submitted,

                                    CHANNING D. PHILLIPS, D.C. Bar #415793
                                  Acting United States Attorney

                         By:       */s/ Brian P. Hudak*
                                  BRIAN P. HUDAK
                                  Acting Chief, Civil Division
                                  U.S. Attorney's Office
                                  555 Fourth Street, NW
                                  Washington, DC 20530
                                  (202) 252-2549

                                  KATHLEENE MOLEN, VA Bar #68460
                                  Assistant United States Attorney
                                  555 Fourth Street, NW
                                  Washington, DC 20530
                                  (202) 803-1572

                                  *Attorneys for the United States of America*

---

[1] For ease of reference, the government inserted row numbers in the enclosed exhibits. Those row numbers do not appear in the underlying records. Also, the row numbering stops at 199 for the first 200 rows as the headers in each worksheet occupy the first row of data.