# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 14-0109 (APM) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Bradley G. Silverman, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Date: May 29, 2025

Respectfully submitted,

*/s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN
Assistant United States Attorney
DC Bar #1531664
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-2575
Email: Bradley.Silverman@usdoj.gov

*Attorney for Defendants*